FILED
John E. Triplett, Clerk of Court
United States District Court

*By jamesburrell at 4:15 pm, May 08, 2025*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT NO.  4:25cr-056 |
| ) | |
| v. ) | 18 U.S.C. § 1962(d) |
| ) | RICO Conspiracy |
| ANTWOINE ALLEN, ) | |
|     a/k/a "Bity," ) | 18 U.S.C. §§ 1959(a)(1) & 2 |
| RYAN BRANDT, ) | Murder in Aid of Racketeering |
|     a/k/a "Street Life," ) | |
|     a/k/a "Robert Kraft" ) | 18 U.S.C. §§ 924(j) & 2 |
| CALVIN CHEGE, ) | Causing Death Through the Use of a |
|     a/k/a "Breezy," ) | Firearm |
| ANTONIO CLARK, ) | |
|     a/k/a "Ya-Yo" ) | 18 U.S.C. § 1959(a)(5) |
| HAKEEM CURRY, ) | Conspiracy to Commit Murder in |
|     a/k/a 'ET Hak" ) | Aid of Racketeering |
| AMIR DOUGLAS, ) | |
|     a/k/a "Hotboy," ) | 18 U.S.C. §§ 1343 & 1349 |
| LATOYA EDWARDS ) | Wire Fraud Conspiracy |
|     a/k/a "K-Murda," ) | |
| BRANDON GILBERT, ) | 21 U.S.C. § 846 |
|     a/k/a "Blaxkdamenace," ) | Drug Conspiracy |
| IMANI GORDON, ) | |
|     a/k/a "Juicy," ) | |
| HASSAN HARRIS, ) | |
|     a/k/a "Hocus," ) | |
| BYRON HOPKINS, ) | |
|     a/k/a "Kosher," ) | |
| BRIAN HORNE, ) | |
|     a/k/a "Braveheart," ) | |
| QUINN HOWARD, ) | |
|     a/k/a "DB Que," ) | |
|     a/k/a "Q," ) | |
| ANTHONY JERNIGAN, ) | |
|     a/k/a "Hell Raiser," ) | |
| BRANDON JONES, ) | |
|     a/k/a "Big B," ) | |
| LEROY JONES ) | |
|     a/k/a "Roy" ) | |
| TERRELL KING, ) | |
|     a/k/a "Drip," ) | |

| | |
|---|---|
| ROBINSON LAZALA, | ) |
|     a/k/a "Mak-11," | ) |
| ALEXANDER LOCKLEAR, | ) |
|     a/k/a "AR," | ) |
| KYLE OREE, | ) |
|     a/k/a "Nasty Nu," | ) |
|     a/k/a "Nasty," | ) |
| TIMECA PARKER BISHOP, | ) |
| RAVEN SYMONE ROBERTS, | ) |
| KEISHAUN SNEAD, | ) |
|     a/k/a "Trig," | ) |
| CALVIN STOKES, | ) |
|     a/k/a "Cavi Stokes," | ) |
|     a/k/a "Trill," | ) |
| REKORA THOMPSON, | ) |
|     a/k/a "Rockabye," | ) |
|     a/k/a "Rock," | ) |
| JAMES THORNE, | ) |
|     a/k/a" Nasty Knuckles," | ) |
|     a/k/a "Knuckles," | ) |
|     a/k/a "Knuc," | ) |
| ANTWON WADE, | ) |
|     a/k/a "Ap Gudda," | ) |
| TRAVARIUS WALKER, | ) |
|     a/k/a "Blaze," | ) |
| JOSEPH WASHINGTON, | ) |
|     a/k/a "Gotti," | ) |
| MICHAEL ANTHONY WILLIAMS | ) |
|     a/k/a "Take Off" | ) |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

Count 1:    **RICO Conspiracy**
                **18 U.S.C. § 1962(d)**
- Not more than twenty (20) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years of supervised release
- $100 special assessment

However, if the violation is based on racketeering activity for which the maximum penalty includes life imprisonment:
- Life imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years of supervised release
- $100 special assessment

Count 2: **Murder in Aid of Racketeering**
**18 U.S.C. § 1959**
- Life imprisonment or death
- Not more than a $250,000 fine
- Not more than three (3) years of supervised release
- $100 special assessment

Count 3: **Causing Death Through the Use of a Firearm**
**18 U.S.C. § 924(j)**
- Not more than twenty (20) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years of supervised release
- $100 special assessment

Count 4-6: **Conspiracy to Commit Murder in Aid of Racketeering**
**18 U.S.C. § 1959(a)(5)**
- Not more than ten (10) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years of supervised release
- $100 special assessment

Count 7: **Wire Fraud**
**18 U.S.C. §§ 1343 & 1349**
- Not more than twenty (20) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years of supervised release
- $100 special assessment

However, if the violation occurred in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in

connection with, a presidentially declared major disaster or emergency, then:
- Not more than thirty (30) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years of supervised release
- $100 special assessment

**Count 8:** **Drug Conspiracy**
21 U.S.C. § 846
- Not less than ten (10) years or more than life imprisonment
- Not more than a $10,000,000 fine
- At least five (5) years of supervised release
- $100 special assessment

However, if any defendant is determined to have committed the violations alleged in Count 8 after a prior conviction for a serious drug felony or serious violent felony has become final:
- Not less than fifteen (15) or more than life imprisonment
- Not more than a $20,000,000.00 fine
- At least ten (10) years of supervised release
- $100 Special Assessment

Respectfully submitted,

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

Frank M. Pennington, II
Assistant United States Attorney
Georgia Bar Number 141419